## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter 7 | |
| | ) | | |
| JIMMY L. SEALS, JR., | ) | Case No. 15-42193 | |
| | ) | | |
| Debtor. | ) | Hon. Carol A. Doyle | |

## **CERTIFICATE OF SERVICE**

Richard M. Fogel, an attorney, state that on June 7, 2018, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL  60654, as indicated.

/s/ Richard M. Fogel

Richard M. Fogel (#3127114)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL  60654
312.541.0151

{4273 CER A0508744.DOC}

# Mailing Information for Case 15-42193

**Electronic Mail Notice List**

- **Jason P Allain**  notice@billbusters.com, jallain@billbusters.com;billbusters@iamthewolf.com;borgeslawoffices@gmail.com;billbusters@ecf.inforuptcy.com

- **Ernesto D Borges**  notice@billbusters.com, billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com

- **Richard M. Fogel**  rfogel@shawfishman.com, il72@ecfcbis.com

- **Kathryn Gleason**  USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov

- **Patrick S Layng**  USTPRegion11.ES.ECF@usdoj.gov

**Manual Notice List (Via U.S. Mail)**

Jimmy L. Seals, Jr.
1902 Terrace Road
Homewood, IL  60430

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste. 400
Valhalla, NY  10595

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083