**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SEALS, JIMMY L., JR. | § | Case No. 15-42193 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $110,000.50 | Assets Exempt: $107,859.00 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $13,216.59 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $35,575.01 | |

3) Total gross receipts of $75,766.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $26,974.63 (see **Exhibit 2**), yielded net receipts of $48,791.60 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $35,575.01 | $35,575.01 | $35,575.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $12,974.31 | $13,216.59 | $13,216.59 |
| **TOTAL DISBURSEMENTS** | $0.00 | $48,549.32 | $48,791.60 | $48,791.60 |

4) This case was originally filed under chapter 7 on 12/15/2015.  The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   08/14/2018

By: /s/ Richard M. Fogel

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CLAIMS AGAINST THIRD PARTIES | 1142-000 | $75,766.23 |
| **TOTAL GROSS RECEIPTS** | | **$75,766.23** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SEALS, JIMMY L., JR. | Replacement check: Distribution payment - Dividend paid at 100.00% of $26,974.63; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $26,974.63 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$26,974.63** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $5,629.16 | $5,629.16 | $5,629.16 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $53.45 | $53.45 | $53.45 |
| Special Counsel for Trustee Fees - Hoey & Farina PC | 3210-600 | NA | $27,500.00 | $27,500.00 | $27,500.00 |
| Special Counsel for Trustee Expenses - Hoey & Farina PC | 3220-610 | NA | $2,392.40 | $2,392.40 | $2,392.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$35,575.01** | **$35,575.01** | **$35,575.01** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | NA | $6,699.31 | $6,699.31 | $6,699.31 |
| 1I | Cavalry SPV I, LLC | 7990-000 | NA | NA | $125.10 | $125.10 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | NA | $6,275.00 | $6,275.00 | $6,275.00 |
| 2I | Capital One Bank (USA), N.A. | 7990-000 | NA | NA | $117.18 | $117.18 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$12,974.31** | **$13,216.59** | **$13,216.59** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 15-42193

**Case Name:** SEALS, JIMMY L.JR.

**For Period Ending:** 08/14/2018

**Trustee Name:** (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):** 12/15/2015 (f)

**§ 341(a) Meeting Date:** 01/19/2016

**Claims Bar Date:** 03/22/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>Chevrolet 1500 Silverado- EXEMPT | 500.00 | 0.00 | | 0.00 | FA |
| 2 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>Chevrolet Impala- EXEMPT | 775.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS<br>Misc used household goods and furnishings (Debtor has 1/2 interest with non-filing spouse)- EXEMPT | 400.00 | 0.00 | | 0.00 | FA |
| 4 | ELECTRONICS<br>3 Televisions, Dvd Player, Computer, Printer, 2 Telephones, Cellphone, Stereo- EXEMPT | 200.00 | 0.00 | | 0.00 | FA |
| 5 | COLLECTIBLES OF VALUE<br>Family Pictures, DVD's, and Books (Debtor has 1/2 interest with non-filing spouse)- EXEMPT | 0.50 | 0.00 | | 0.00 | FA |
| 6 | EQUIPMENT FOR SPORTS AND HOBBIES<br>Treadmill, Exercise Equipment (Debtor has 1/2 interest with non-filing spouse)- EXEMPT | 50.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHES<br>Personal Used Clothing- EXEMPT | 300.00 | 0.00 | | 0.00 | FA |
| 8 | JEWELERY<br>Wedding Ring, Engagement Ring, 4 Watches, 3 Necklaces, 3 Bracelets, 2 Earrings and Assorted costume jewelry (Debtor has 1/2 interest with non-filing spouse)- EXEMPT | 200.00 | 0.00 | | 0.00 | FA |
| 9 | NON-FARM ANIMALS<br>2 Dogs- INCONSEQUENTIAL VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 10 | BUSINESS-RELATED PROPERTY<br>Hand Tools/Power Tools- INCONSEQUENTIAL VALUE | 50.00 | 50.00 | | 0.00 | FA |
| 11 | DEPOSITS OF MONEY<br>Checking Account with First Midwest Bank- INCONSEQUENTIAL VALUE (Abandoned to debtor when case was originally closed) | 6,000.00 | 3,366.50 | | 0.00 | FA |
| 12 | DEPOSITS OF MONEY<br>Savings Account with First Midwest Bank- INCONSEQUENTIAL VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 13 | NON PUBLICLY TRADED STOCK<br>100% ownership in Jim's Towing & Recovery, Inc.- INCONSEQUENTIAL VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 14 | RETIREMENT OR PENSION ACCOUNTS<br>401(k) plan- EXEMPT | 100,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 15-42193

**Case Name:** SEALS, JIMMY L.JR.

**For Period Ending:** 08/14/2018

**Trustee Name:** (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):** 12/15/2015 (f)

**§ 341(a) Meeting Date:** 01/19/2016

**Claims Bar Date:** 03/22/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | CLAIMS AGAINST THIRD PARTIES<br><br>Debtor had scheduled a potential worker's compensation claim and claimed a 100% statutory exemption. Trustee filed report of no distribution and case was closed. The debtor's claim is actually a FELA action and is only subject to a $15,000 statutory exemption, which has not been claimed by debtor as of this date. The bankruptcy case was re-opened to administer the FELA action for benefit of debtor's creditors. | 0.00 | Unknown | | 75,766.23 | FA |
| 16 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br><br>International 1999 4700 Flatbed tow truck in poor condition- EXEMPT | 1,500.00 | 0.00 | | 0.00 | FA |
| 17 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br><br>Abandoned Vehicles In Debtor's Storage: 1998 Plymouth Breeze, 2002 Jeep Liberty, 1998 Chevrolet Malibu, 1988 Chevrolet Camaro AND 2004 Buick Regal- INCONSEQUENTIAL VALUE | Unknown | 0.00 | | 0.00 | FA |
| 18 | CASH<br><br>Cash on hand- EXEMPT | 25.00 | 0.00 | | 0.00 | FA |
| **18** | **Assets Totals (Excluding unknown values)** | **$110,000.50** | **$3,416.50** | | **$75,766.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/18- Trustee has been monitoring progress of FELA action, with trial scheduled for 10/28/18. On 2/26/18, a settlement for $110,000 was recommended at pre-trial conference. Motion to approve settlement is noticed for 4/19/18.

3/31/17- Case was reopened to administer undisclosed FELA claim. Trustee employed special counsel and is monitoring the progress of the case. Written discovery has been completed and depositions are underway.

**Initial Projected Date Of Final Report (TFR):** 12/31/2018      **Current Projected Date Of Final Report (TFR):** 06/07/2018 (Actual)

## Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-42193 |
| **Case Name:** | SEALS, JIMMY L.JR. |
| **Taxpayer ID #:** | **-***4774 |
| **For Period Ending:** | 08/14/2018 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6800 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/18 | {15} | Liberty Mutual Insurance Co | Settlement proceeds (after payment of provider liens) per o/c 4-19-18 | 1142-000 | 75,766.23 | | 75,766.23 |
| 05/09/18 | 101 | Hoey & Farina PC | Attorneys' fees per o/c 4-19-18 | 3210-600 | | 27,500.00 | 48,266.23 |
| 05/09/18 | 102 | Hoey & Farina PC | Reimbursement of expenses per o/c 4-19-18 | 3220-610 | | 2,392.40 | 45,873.83 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.45 | 45,820.38 |
| 06/28/18 | 103 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. | 2100-000 | | 5,629.16 | 40,191.22 |
| 06/28/18 | 104 | Cavalry SPV I, LLC | Combined dividend payments for Claim #1, 1I | | | 6,824.41 | 33,366.81 |
| | | | Claims Distribution - Tue, 06-05-2018<br><br>$6,699.31 | 7100-000 | | | 33,366.81 |
| | | | Claims Distribution - Tue, 06-05-2018<br><br>$125.10 | 7990-000 | | | 33,366.81 |
| 06/28/18 | 105 | Capital One Bank (USA), N.A. | Combined dividend payments for Claim #2, 2I | | | 6,392.18 | 26,974.63 |
| | | | Claims Distribution - Tue, 06-05-2018<br><br>$6,275.00 | 7100-000 | | | 26,974.63 |
| | | | Claims Distribution - Tue, 06-05-2018<br><br>$117.18 | 7990-000 | | | 26,974.63 |
| 06/28/18 | 106 | SEALS, JIMMY L., JR. | Distribution payment - Dividend paid at 100.00% of $26,974.63; Claim # SURPLUS; Filed: $0.00 Stopped on 07/10/2018 | 8200-002 | | 26,974.63 | 0.00 |
| 07/10/18 | 106 | SEALS, JIMMY L., JR. | Distribution payment - Dividend paid at 100.00% of $26,974.63; Claim # SURPLUS; Filed: $0.00 Stopped: check issued on 06/28/2018 | 8200-002 | | -26,974.63 | 26,974.63 |
| 07/11/18 | 107 | SEALS, JIMMY L., JR. | Replacement check: Distribution payment - Dividend paid at 100.00% of $26,974.63; Claim # SURPLUS; Filed: $0.00 | 8200-002 | | 26,974.63 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 75,766.23 | 75,766.23 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| **Subtotal** | | 75,766.23 | 75,766.23 | |
| Less: Payments to Debtors | | | 26,974.63 | |
| **NET Receipts / Disbursements** | | **$75,766.23** | **$48,791.60** | |

# Form 2

Exhibit 9

Page:   2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-42193 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | SEALS, JIMMY L.JR. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4774 | **Account #:** | ******6800 Checking |
| **For Period Ending:** 08/14/2018 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6800 Checking | $75,766.23 | $48,791.60 | $0.00 |
| | $75,766.23 | $48,791.60 | $0.00 |